CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
3/31/2025
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
    DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

| | |
|---|---|
| KELLY BUCK,<br><br>                    *Plaintiff*,<br><br>v.<br><br>MODINE MANUFACTURING COMPANY,<br><br>                    *Defendant*. | CASE NO. 6:23-cv-00039<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

    Plaintiff Kelly Buck ("Buck") filed a six-count complaint against her former employer, Defendant Modine Manufacturing Company ("Modine"), alleging discrimination and retaliation in violation of (i) Title VII of the Civil Rights Act of 1964 (Counts I and II), (ii) the Virginia Human Rights Act (Counts III, IV, and V), and (iii) Virginia common law (Count VI, *Bowman* Claim). Dkt. 1. Buck generally alleges that a co-worker's tendency to "mansplain" to her was discriminatory, and that Modine discharged her in retaliation for complaining about the co-worker's behavior. The Court previously dismissed Buck's common law *Bowman* claim (Count VI) for failure to state a claim. *See* Dkt. 17. Modine now moves for summary judgment on the five remaining counts. *See* Dkt. 20 (motion for summary judgment).

    For the reasons set forth in its accompanying memorandum opinion, the Court concludes that no reasonable jury could find that Modine discriminated against Buck on the basis of her sex or retaliated against her for opposing such alleged discrimination. The Court therefore **GRANTS** Defendant's motion for summary judgment, Dkt. 20, on all counts.

    Accordingly, this case is **STRICKEN** from the **active docket** of the Court.

    It is so **ORDERED**.

The Clerk of Court is directed to send this opinion to all counsel of record.

ENTERED this <u>   31st   </u> day of March, 2025.

                                                      _____
                                                      NORMAN K. MOON
                                                      SENIOR UNITED STATES DISTRICT JUDGE